12-cr-0152-2

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:_____       │
│ DATE FILED: SEP 2 7 2017    │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

VS.

JAMES KEVIN KERGIL,
         Defendant/Appellant

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that James Kevin Kergil, the defendant herein who is incarcerated at FPC Canaan, hereby appeals to the United States Court of Appeals for the Second Circuit (i) that Decision and Order entered in the captioned case on August 16, 2017, denying his request to have his sentenced reduced, and (ii) that decision filed September 5, 2017 denying the Defendant's request for reconsideration of the Decision and Order referenced above.

For the Defendant/Appellant :    JAMES KEVIN KERGIL Pro Se
                                    Registration No. 66387-054
                                    FPC Canaan
                                    P.O.Box 200
                                    Waymart, PA 18472

For the United States of America : Sarah E.McCullum,Esquire
                                          U.S. Attorney's Office
                                          United States Courthouse
                                          500 Pearl Street
                                          New York, NY 10007

Dated : September 19, 2017

                                                                                        Respectfully submitted,

                                                                                        */s/ James Kevin Kergil*
                                                                                       James Kevin Kergil, Pro Se
                                                                                      Registration No. 66387-054
                                                                                      FPC Canaan
                                                                                      P.O.Box 200
                                                                                      Waymart, PA 18472

UNSWORN DECLARATION UNDER PENALTY
OF PERJURY PURSUANT TO 28 U.S.C. 1746

I hereby declare under penalty of perjury as follows :

1) I am incarcerated at FPC Canaan in Waymart, PA and have been since July 10, 2016.

2) On September 19, 2017, I deposited the foregoing Notice of Appeal with sufficient first class postage affixed into the mail collection box located in my housing unit. Thus under F.R.A.P 4(c)(1), my Notice of Appeal is deemed timely filed.

3) Simultaneously with mailing the Notice of Appeal to the court, I served a copy of the Notice of Appeal upon the following by first class mail, postage prepaid :

                        Sarah E. McCullum, Esquire
                        U.S. Attorney's Office
                        United States Courthouse
                        500 Pearl Street
                        New York, NY 10007

Dated: September 19, 2017                        Respectfully submitted,

                                                                         */s/ James Kevin Kergil*
                                                                           James Kevin Kergil

....

        JAMES KEVIN KERGIL
        REG. NO. 66387-054
        F.P.C. CANAAN
        P.O.BOX 200
        WAYMART, PA. 18472

        SEPTEMBER 19, 2017

Clerk
United States District Court
   for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

   re: U.S. v. Kergil
      Case No. 12-cr-00152-cm

Dear Sir or Madam:
   Enclosed for filing is a Notice of Appeal relating to the referenced case. Inasmuch as I am incarcerated and am appearing pro se, I ask that you waive any electronic filing requirement.

   Thank you for your assistance.

        Very truly yours,

        *[signature]*
        James Kevin Kergil

cc: Sarah E. McCullum, Esquire (w/enc.)



James Kevin Kergil  
66387-054  
Federal Prison Camp-Canaan  
P.O. Box 200  
Waymart PA 18472

RECEIVED  
SEP 27 2017  
CLERK'S OFFICE  
S.D.N.Y.

USM P3  
SDNY

Appeals  
MG

Clerk  
United States District Court  
For the Southern District of New York  
United States Courthouse  
500 Pearl Street  
New York, N.Y. 10007

THIS CORRESPONDENCE IS FROM AN INMATE CURRENTLY IN THE CUSTODY OF THE FEDERAL BUREAU OF PRISONS