UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>    Petitioner/Appellee<br>vs.<br><br>JAMES KEVIN KERGIL,<br>    Defendant/Appellant | Case No. 12-cr-00152-CM |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 29 2017

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that James Kevin Kergil, the defendant herein who is incarcerated at FPC Canaan, hereby appeals to the United States Court of Appeals for the Second Circuit (i) that Decision and Order entered in the captioned case on August 16, 2017, denying his request to have his sentenced reduced, and (ii) that decision filed September 5, 2017 denying the Defendant's request for reconsideration of the Decision and Order referenced above.

For the Defendant/Appellant:    JAMES KEVIN KERGIL, *Pro Se*
    Registration No. 66387-054
    FPC Canaan
    P.O. Box 200
    Waymart, PA 18472

For the United States of America:    Sarah E. McCallum, Esq.
    U.S. Attorney's Office
    United States Courthouse
    500 Pearl Street
    New York, NY 10007

Dated: September 16, 2017

Respectfully submitted,

James Kevin Kergil, *Pro Se*
Registration No. 66387-054
FPC Canaan
P.O. Box 200
Waymart, PA 18472

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Petitioner/Appellee    )<br>vs.    )<br>    )<br>JAMES KEVIN KERGIL,    )<br>    Defendant/Appellant    )<br>    ) | Case No. 12-cr-00152-CM |

**UNSWORN DECLARATION UDNER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. §1746**

I hereby declare under penalty of perjury as follows:

1) I am incarcerated at FPC Canaan in Waymart, PA and have been since July 10, 2016.

2) On September 16, 2017, I deposited the foregoing Notice of Appeal with sufficient first class postage affixed into the mail collection box located in my housing unit. Thus, under F.R.A.P. 4(c)(1), my Notice of Appeal is deemed timely filed.

3) Simultaneously with mailing the Notice of Appeal to the court, I served a copy of the Notice of Appeal upon the following by first class mail, postage pre-paid:

    Sarah E. McCallum, Esq.
    U.S. Attorney's Office
    United States Courthouse
    500 Pearl Street
    New York, NY 10007

Dated: September 16, 2017

Respectfully submitted,

James Kevin Kergil, *Pro Se*
Registration No. 66387-054
FPC Canaan
P.O. Box 200
Waymart, PA 18472

JAMES KEVIN KERGIL, *Pro Se*
Registration No. 66387-054
FPC Canaan
P.O. Box 200
Waymart, PA 18472

September 16, 2017

Clerk, United States District Court
For the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Sir or Madam:

    Enclosed for filing is a Notice of Appeal relating to the referenced case. Inasmuch as I am incarcerated and am appearing *pro se*, I ask that you waive any electronic filing requirement.

    Thank you for your assistance.

Very truly yours,

James Kevin Kergil, *Pro Se*
Registration No. 66387-054
FPC Canaan
P.O. Box 200
Waymart, PA 18472

cc: Sarah E. McCallum, Esq. (w/ enclosure)

U.S. POSTAGE >> PITNEY BOWES

ZIP 06001 $ 000.67⁰
02 1W
0001391655 SEP 25 2017

Appeal
me

Clerk of the Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

James Kevin Kergil
Reg. No. 66387054
Federal Prison Camp Canaan, Unit G
PO Box 200
Waymart, PA 18472

USM.P3
USDNY