LAW OFFICE OF
## MARC FERNICH

MARC FERNICH maf@fernichlaw.com
ALSO ADMITTED IN MASSACHUSETTS

810 SEVENTH AVENUE, SUITE 620
NEW YORK, NEW YORK 10019
212-446-2346
FAX 212-459-2299
www.fernichlaw.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/17

November 27, 2017

11/30/17
Sure
[signature]

**BY ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re: *James Kevin Kergil v. USA*, Nos. 17-cv-4675 (CM), 12-cr-152 (CM) (SDNY)

Dear Judge McMahon:

My office has just been retained to handle James Kevin Kergil's pending 28 U.S.C. § 2255 motion to vacate his conviction. By this letter, we respectfully ask the Court to temporarily suspend the motion so we may review the record and determine how best to proceed -- *e.g.*, whether to seek leave to amend and supplement Mr. Kergil's *pro se* submissions with a counseled brief. We would conduct this review expeditiously, promptly notifying the Court and the government of our intentions. We appreciate Your Honor's consideration and courtesy in this regard.

Respectfully,

/s/

Marc Fernich

cc: AUSA Eun Young Choi (ECF)