LAW OFFICE OF
# MARC FERNICH

MARC FERNICH maf@fernichlaw.com
ALSO ADMITTED IN MASSACHUSETTS

810 SEVENTH AVENUE, SUITE 620
NEW YORK, NEW YORK 10019
212-446-2346
FAX: 212-459-2299
www.fernichlaw.com

July 6, 2018

**BY ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re:    *James Kevin Kergil v. USA*, Nos. 17-cv-4675 (CM), 12-cr-152 (CM) (SDNY)

Dear Judge McMahon:

I write to inform the Court that James Kevin Kergil has retained Jonathan J. Einhorn, Esq. to represent him in connection with his pending 28 U.S.C. § 2255 motion.

I am told that Mr. Einhorn – who practices in Connecticut and is admitted in the Second Circuit – will move this Court for admission pro hac vice as soon as he is able to gather the necessary documents.

As a courtesy to Mr. Einhorn, I have filed an amended petition with exhibits prepared and signed by him (17-cv-4675, Dkt. No. 10; 12-cr-152, Dkt. No. 452) in advance of Monday's deadline. Mr. Einhorn, however, will be handling the matter going forward, pending his admission.

Respectfully,

/s/

Marc Fernich

cc:    AUSA Eun Young Choi (ECF)