# Government Exhibit B

Case 1:12-cr-00152-CM   Document 456-2   Filed 03/18/19   Page 2 of 3

**SENTENCING SUMMARY CHART**

| | |
|---|---|
| | USPO ___ |
| [ X   AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)] | AUSA  X |
| Sentencing Date:  January 31, 2014 | DEF  ___ |

Defendant's Name:   Stuart Steinfeld (2)          Docket No:   13CR0424-JLS

Attorney's Name:   James P. Melendres          Phone No:   619-546-7931

Guideline Manual Used:  November 1,  2013          Agree with USPO Calc:   No

| | | |
|---|---|---:|
| Base Offense Level:    USSG § 2B1.1(a)(2) | | 6 |
| Specific Offense Characteristics: | | |
| USSG §2B1.1(b) – Gain over $200,000, not over $400,000 | | +12 |
| | | ___ |
| Victim Related Adjustment: | | ___ |
| Adjustment for Role in the Offense:    USSG § 3B1.(2)(b) | | -2 |
| Adjustment for Abuse of Trust [USSG § 3B1.3]: | | ___ |
| Adjustment for Obstruction of Justice [USSG § 3C1.1]: | | ___ |
| Adjusted Offense Level: | | 16 |
| ___  Combined (Mult. Counts) ___  Career Off. ___  Armed Career Crim. | | |
| Adjustment for Acceptance of Responsibility: [ X   Govt. Motion-USSG § 3E1.1] | | -3 |
| Total Offense Level: | | 13 |
| Criminal History Score: | | 0 |
| Criminal History Category: ___  Career Offender ___  Armed Career Criminal | | I |

| | | |
|---|---|---|
| Guideline Range: | from  12  mths | |
| (Range limited by: _____  minimum mand. _____  statutory maximum | to  18  mths | |
| Departures: | | |
| | | -4 |
| | | ___ |
| | | ___ |

| | | |
|---|---|---|
| Resulting Guideline Range:    Adjusted Offense Level   9 | from  4  mths | |
| | to  10  mths | |

**RECOMMENDATION:**     **Custody-Imprisonment**:    **4**     **months prison**
                                           **Special Assessments:**    **$ 100**
                                           **Supervised Release:**    **3**    **years**

** The United States has considered the factors set forth under 18 U.S.C. § 3553(a) and does not believe that an upward or downward variance is appropriate.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 13CR0424-JLS |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| STUART STEINFELD (2), | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, James Melendres, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of the **Sentencing Summary Chart** on the following party by electronically filing the foregoing with the Clerk of the U.S. District Court using its ECF System, which electronically notifies them:

Eugene G. Iredale, Esq.

I hereby certify that I have cause to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on January 29, 2014.

s/ James Melendres
JAMES MELENDRES
Assistant U.S. Attorney