UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JAMES KEVIN KERGIL,<br>                    Defendant. | 12-CR-152-02 (CM) |

McMahon, J.:

ORDER DIRECTING GOVERNMENT TO RESPOND TO DEFENDANT'S MOTION
FILED PURSUANT TO FEDERAL RULE 60 (b) (6)

James Kevin Kergil has filed a motion pursuant to Federal Rule 60 (b) (6), asking the Court to vacate his 2014 conviction.

The Court hereby ORDERS the United States Attorney's Office to file its response to defendant's motion, within 30 days of this order. Defendant may file reply papers, if any, within 15 days from the date he is served with the Government's response.

The Clerk of Court shall notify the United States Attorney's Office for the Southern District of New York that this Order has been issued.

SO ORDERED.

Dated: September 14, 2023
       New York, New York

                                          _____
                                          Colleen McMahon
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/23