UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-7-25
```

UNITED STATES OF AMERICA,

-against-

12-CR-152-02 (CM)

JAMES KEVIN KERGIL,
               Defendant.

McMahon, J.:

## ORDER DIRECTING GOVERNMENT TO RESPOND TO DEFENDANT'S MOTION TO RECONSIDER THE COURT'S DECISION DENYING DEFENDANT'S MOTION FILED PURSUANT TO FEDERAL RULE 60(b)

James Kevin Kergil has filed a motion asking the Court to reconsider its decision denying his motion filed pursuant to Federal Rule 60(b). (ECF 532).

The Court hereby ORDERS the United States Attorney's Office to file its response to defendant's motion, within 20 days of this order. Defendant may file reply papers, if any, within 15 days from the date he is served with the Government's response.

The Clerk of Court shall notify the United States Attorney's Office for the Southern District of New York that this Order has been issued.

SO ORDERED:

Dated: August 7, 2025
      New York, New York

_____
Colleen McMahon
United States District Judge